**Dismissed and Memorandum Opinion filed August 13, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00540-CV

## WINSTON  NGUYEN, Appellant

## V.

## VUONG PHAM AND I BUY BEAUTY, LLC D/B/A FASTBOY MARKETING, Appellees

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2018-89187**

## MEMORANDUM  OPINION

This is an attempted appeal from an order signed June 19, 2019. On July 18, 2019, appellees filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.3.

The June 19, 2019 order granted appellees' Texas Citizens Participation Act motion to dismiss. *See* Tex. Civ. Prac. & Rem. Code § 27.003. The order did not address appellees' claim for attorney's fees, nor did it dispose of the claims against the other named defendants in the underlying case.

Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When orders do not dispose of all pending parties and claims, the orders remain interlocutory and unappealable until final judgment is rendered unless a statutory exception applies. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding); *Fleming & Assocs. v. Kirklin*, 479 S.W.3d 458, 460-61 (Tex. App.—Houston [14th Dist.] 2015, pet. denied) (order granting TCPA motion to dismiss without addressing outstanding attorney's fees is an unappealable interlocutory order).

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Justices Jewell, Bourliot, and Zimmerer.